

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00161-CR

Brandon Joshua **VIGIL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 20-06-13648-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on July 27, 2022. *See* TEX. R. APP. P. 38.6(d). After the twice-extended due date, Appellant filed a third motion, which sought a five-day extension of time to file the brief, and the brief.

Appellant's motion is granted; the brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court